law and are, therefore, preempted as explained above.

In light of this analysis, it is apparent that on the record before us, appellant has not stated a claim for breach of an express oral warranty. Since all other claims which appellant asserted are preempted, summary judgment for respondent was proper, and the order of the trial court is affirmed. Appellant's other points of error are without merit.

Judgment affirmed.

AHRENS, P.J., and SIMON, J., concur.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Wife appeals from the trial court's denial of her motion for attorney's fees incurred in her appeal from her action in equity to divide undistributed marital property. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. Rule 84.16(b).

Deana HINES, Respondent,

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.**

No. 20283.

Missouri Court of Appeals, Southern District, Division Two.

Feb. 27, 1996.

**Margaret SEIDL, Petitioner/Appellant,**

v.

**Lawrence SEIDL, Respondent/Respondent.**

No. 68644.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 27, 1996.

Aaron S. Dubin, Vines, Frankel, Rubin, Bond & Dubin, P.C., Clayton, for appellant.

Timothy A. Graham, St. Louis, for respondent.